IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WAZEE STREET OPPORTUNITIES FUND IV LP, et al., | ) ) ) | No. 18-1124C |
| Plaintiffs, | ) ) | (Chief Judge Sweeney) |
| v. | ) ) | |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Eric Laufgraben as attorney of record for the United States. I am replacing Kenneth Dintzer as principal attorney. Service of all papers by opposing parties should be addressed as follows:

Eric Laufgraben
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

 s/Eric Laufgraben
ERIC E. LAUFGRABEN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Telephone: (202) 353-7995
Facsimile:  (202) 353-0461
Dated: September 30, 2020    Email: Eric.E.Laufgraben@usdoj.gov