# In the United States Court of Federal Claims

No. 18-1124 C

(Filed: January 4, 2021)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**WAZEE STREET OPPORTUNITIES**
**FUND IV LP, et al.**
      **Plaintiffs**

      v.

**THE UNITED STATES**
      **Defendant**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, "for the efficient administration of justice," the above-captioned case is transferred to Judge Stephen S. Schwartz.

**IT IS SO ORDERED.**

                                                 s/ Eleni M. Roumel
                                                 ELENI M. ROUMEL
                                                 Chief Judge