# In the United States Court of Federal Claims

No. 18-1124C
(Filed:  February 6, 2023)

```
*************************************
                                    *
WAZEE STREET OPPORTUNITIES          *
FUND IV LP, et al.,                 *
                                    *
                                    *
            Plaintiffs,             *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
*************************************
```

## **ORDER**

      On January 30, 2023, defendant filed a status report, and on February 3, 2023, plaintiffs filed their status report.  The parties state that the interlocutory appeals process for which this case was stayed has concluded.  See Fairholme Funds, Inc. v. United States, 26 F.4th 1274 (Fed. Cir. 2022), cert. denied, Nos. 22-99, 22-100, 2023 WL 124023 (U.S. Jan. 9, 2023).  Plaintiffs request additional time, however, to review their options in light of this binding precedent.  They "request until February 27, 2023 to file any motion to amend the complaint (or a status report informing the Court that no such motion will be filed if that is the decision that is reached)." Pls.' Status Rep. 2.  Plaintiffs report that defendant does not oppose their request for additional time to determine if further proceedings are necessary.  Accordingly, the parties shall file a joint status report regarding further proceedings in this case, or, plaintiffs shall file a motion to amend their complaint, by **no later than Monday, February 27, 2023**.

      **IT IS SO ORDERED.**

                                                             s/ Margaret M. Sweeney
                                                           MARGARET M. SWEENEY
                                                           Senior Judge