# In the United States Court of Federal Claims

No. 18-1124C

(Filed: March 27, 2023)

```
*************************************
WAZEE STREET OPPORTUNITIES      *
FUND IV LP, et al.,             *
                                *
            Plaintiffs,         *
                                *
v.                              *
                                *
THE UNITED STATES,              *
                                *
            Defendant.          *
*************************************
```

**ORDER**

     On March 24, 2023, plaintiffs filed an unopposed motion for leave to file their second amended complaint.  The motion also includes a proposed schedule for the filing and briefing of defendant's motion to dismiss the proposed second amended complaint.  For the reasons stated therein, their motion is granted and the briefing schedule set forth below is adopted by the court.  For docket clarity, plaintiffs must file their second amended complaint as a separate docket entry.  Accordingly,

- The court grants plaintiffs' motion to file their second amended complaint;

- Plaintiffs shall file their second amended complaint by no later than **no later than Friday, March 31, 2023**;

- Defendant shall file its motion to dismiss the complaint by **no later than Friday, June 2, 2023**;

- Plaintiffs shall file their response to the motion by **no later than Friday, June 30, 2023**;

- Defendant shall file its reply by **no later than Friday, July 28, 2023**.

     **IT IS SO ORDERED.**

                                        s/ Margaret M. Sweeney
                                        MARGARET M. SWEENEY
                                        Senior Judge