IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WAZEE STREET OPPORTUNITIES FUND IV LP, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 18-1124C (Senior Judge Margaret M. Sweeney) |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) | |

### DEFENDANT'S UNOPPOSED MOTION TO AMEND SCHEDULE

Pursuant to Rules 6(b), 6.1, and 7(b) of the Rules of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests that this Court amend the schedule it set for briefing in this case. On March 27, 2023, the Court issued an Order setting forth a schedule for the filing of a second amended complaint by plaintiffs, Wazee Street Opportunities Fund IV LP, et al., and for the briefing of the United States' motion to dismiss the second amended complaint. ECF No. 29. On April 3, 2023, plaintiffs filed their second amended complaint. ECF No. 30. Under the current litigation schedule, the United States' motion to dismiss is due on June 2, 2023. The United States respectfully requests that the Court extend each remaining date on the schedule as set forth in the proposed amended schedule below. Counsel for plaintiffs indicated on May 30, 2023, that plaintiffs do not oppose this motion.

Unfortunately, counsel for the United States recently sustained a serious injury that required surgical repair. Counsel is recovering well and anticipates a full and speedy recovery with minimal impact on this case. However, some additional time is required to complete drafting and filing of the United States' motion to dismiss, following review by the agencies and internally within the Department of Justice.

Although the United States intended to propose a shorter schedule extension, such an extension would present challenges for plaintiffs. Specifically, counsel for plaintiffs are scheduled to be engaged in a two-week trial in the United States District Court for the District of Columbia starting on July 24. The schedule proposed below works for both parties, accounting for that conflict.

The United States, therefore, respectfully requests that the Court amend the existing litigation schedule to adopt the following dates instead:

| Action | Date |
| --- | --- |
| Defendant shall file its motion to dismiss the second amended complaint | August 11, 2023 |
| Plaintiffs shall file their response to the motion to dismiss | September 8, 2023 |
| Defendant shall file its reply | October 6, 2023 |

For the foregoing reasons, the United States respectfully requests that the Court grant defendant's unopposed motion to amend the schedule in this case.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        PATRICIA M. McCARTHY
        Director

OF COUNSEL:

        s/ Elizabeth M. Hosford
FRANKLIN E. WHITE, JR.    ELIZABETH M. HOSFORD
Assistant Director        Assistant Director

| | |
|---|---|
| RETA E. BEZAK<br>Senior Trial Counsel | s/ Anthony F. Schiavetti<br>ANTHONY F. SCHIAVETTI<br>Senior Trial Counsel |
| MARIANA T. ACEVEDO<br>Trial Attorney | U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>PO Box 480, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 305-7572<br>anthony.f.schiavetti@usdoj.gov |
| May 31, 2023 | Attorneys For Defendant |