# In the United States Court of Federal Claims

No. 18-1124C

(Filed: May 31, 2023)

```
*************************************
                                    *
WAZEE STREET OPPORTUNITIES          *
FUND IV LP, et al.,                 *
                                    *
                                    *
         Plaintiffs,                *
                                    *
                                    *
v.                                  *
                                    *
                                    *
THE UNITED STATES,                  *
                                    *
                                    *
         Defendant.                 *
*************************************
```

**<u>ORDER</u>**

      On May 31, 2023, defendant in the above-captioned case filed an unopposed motion to enlarge the filing deadline for its motion to dismiss, currently set for Friday, June 2, 2023, and subsequent filing deadlines. Defendant requires additional time to prepare its motion due to counsel's recent injury. Plaintiffs, for their part, seek an enlargement of the briefing schedule of the motion to dismiss due to an upcoming trial in one of their cases. For the reasons stated therein, defendant's motion is **GRANTED**.

      Accordingly,

- Defendant shall file its motion to dismiss the complaint by **no later than Friday, August 11, 2023**;

- Plaintiffs shall file their response to the motion by **no later than Friday, September 8, 2023**;

- Defendant shall file its reply by **no later than Friday, October 6, 2023**.

      **IT IS SO ORDERED.**

                                                     <u>s/ Margaret M. Sweeney</u>
                                                     MARGARET M. SWEENEY
                                                     Senior Judge