# In the United States Court of Federal Claims

No. 18-1124C

(Filed: July 31, 2023)

```
*************************************
WAZEE STREET OPPORTUNITIES      *
FUND IV LP, et al.,             *
                                *
            Plaintiffs,         *
                                *
v.                              *
                                *
THE UNITED STATES,              *
                                *
            Defendant.          *
*************************************
```

## **ORDER**

On July 31, 2023, defendant in the above-captioned case filed an unopposed motion to enlarge the filing deadline for its motion to dismiss, currently set for Friday, August 11, 2023, and subsequent filing deadlines.  Defendant requires additional time to prepare its motion.  For the reasons stated therein, defendant's motion is **GRANTED**.

Accordingly,

- Defendant shall file its motion to dismiss the complaint by **no later than Friday, September 8, 2023**;

- Plaintiffs shall file their response to the motion by **no later than Friday, October 6, 2023**;

- Defendant shall file its reply by **no later than Friday, November 3, 2023**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney<br>
MARGARET M. SWEENEY<br>
Senior Judge