# In the United States Court of Federal Claims

No. 18-1124C

(Filed: October 18, 2023)

```
*************************************
                                    *
WAZEE STREET OPPORTUNITIES          *
FUND IV LP, et al.,                 *
                                    *
            Plaintiffs,             *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
*************************************
```

## ORDER

    On October 6, 2023, plaintiffs in the above-captioned case filed their response to the government's motion to dismiss. Within their brief, plaintiffs assert that they "will voluntarily dismiss" Counts IX and XI of their second amended complaint. Pls.' Resp. 1, 6. To facilitate the court's efficient resolution of the pending motion to dismiss, plaintiffs must dismiss those counts before defendant files its reply brief.

    Accordingly, plaintiffs shall **FILE** a **notice of partial voluntary dismissal** pursuant to RCFC 41(a)(1)(A)(i) dismissing Counts IX and XI of their second amended complaint **by no later than Monday, October 30, 2023**.

    **IT IS SO ORDERED.**

                                          s/ Margaret M. Sweeney
                                          MARGARET M. SWEENEY
                                          Senior Judge