# In the United States Court of Federal Claims

No. 18-1124C
(Filed: November 1, 2023)

```
*************************************
WAZEE STREET OPPORTUNITIES      *
FUND IV LP, et al.,             *
                                *
           Plaintiffs,          *
                                *
v.                              *
                                *
THE UNITED STATES,              *
                                *
           Defendant.           *
*************************************
```

## ORDER

On October 18, 2023, the court ordered plaintiffs in the above-captioned case to file a notice of partial voluntary dismissal pursuant to RCFC 41(a)(1)(A)(i) dismissing Counts IX and XI of their second amended complaint. The deadline for the filing of plaintiffs' notice was October 30, 2023. To date the court has received no such filing.

Accordingly, plaintiffs shall **FILE** a **notice of partial voluntary dismissal** pursuant to RCFC 41(a)(1)(A)(i) dismissing Counts IX and XI of their second amended complaint **by no later than Thursday, November 2, 2023**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Senior Judge