UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Wazee Street Opportunities Fund IV LP, Douglas Whitley, and Lisa Brown, On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 18-1124 |

## PLAINTIFFS' NOTICE OF PARTIAL VOLUNTARY DISMISSAL

Pursuant to RCFC 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss Counts IX and XI of their Second Amended Complaint for the reasons stated in their response to Defendant's Motion to Dismiss (Dkt. 36).

Dated: November 2, 2023　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Hamish P.M. Hume*
　　　　　　　　　　　　　　　　　　　　Hamish P.M. Hume
　　　　　　　　　　　　　　　　　　　　*Attorney of Record*
　　　　　　　　　　　　　　　　　　　　BOIES SCHILLER FLEXNER LLP
　　　　　　　　　　　　　　　　　　　　1401 New York Ave. NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　Tel: (202) 237-2727
　　　　　　　　　　　　　　　　　　　　Fax: (202) 237-6131
　　　　　　　　　　　　　　　　　　　　hhume@bsfllp.com

| | |
|---|---|
| OF COUNSEL: | Samuel C. Kaplan<br>BOIES SCHILLER FLEXNER LLP<br>*1401 New York Ave. NW*<br>*Washington, DC 20005*<br>*Tel: (202) 237-2727*<br>*Fax: (202) 237-6131*<br>*skaplan@bsfllp.com*<br><br>*Eric L. Zager*<br>*KESSLER TOPAZ MELTZER & CHECK LLP*<br>*280 King of Prussia Rd. Radnor, PA 19087*<br>*Tel: (610) 667-7706*<br>*Fax: (610) 667-7056*<br>*ezagar@ktmc.com*<br><br>*Interim Co-Lead Class Counsel* |