# In the United States Court of Federal Claims
No. 18-1124 C
Filed: November 20, 2023

```
*************************************
WAZEE STREET OPPORTUNITIES    *
FUND IV LP, et al.,           *
        Plaintiffs,           *        JUDGMENT
                              *
v.                            *
                              *
THE UNITED STATES             *
        Defendant.            *
*************************************
```

    Pursuant to the court's Opinion and Order, filed November 15, 2023, granting defendant's motion to dismiss,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that Counts I, II, and III of plaintiffs' second amended complaint are dismissed for failure to state a claim upon which relief can be granted; Counts IV, V, VI, and VII are dismissed for lack of standing; and Counts VIII and X are dismissed for lack of subject matter jurisdiction. No costs.

Lisa L. Reyes,
Clerk of Court

By: s/ Ashley Reams
Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $505.00.