**Notice of Appeal to the United States Court of Appeals
for the Federal Circuit From an Appealable Order of
the United States Court of Federal Claims**

United States Court of Federal Claims
Docket Number 18-1124

| | |
|---|---|
| Wazee Street Opportunities Fund IV LP, Douglas Whitley, and Lisa Brown, On Behalf of Themselves and All Others Similarly Situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA,<br><br>   Defendant. | Notice of Appeal |

All Plaintiffs in this action appeal to the United States Court of Appeals for the Federal Circuit from the order granting Defendant's motion to dismiss entered on November 15, 2023.

Dated: January 15, 2024  Respectfully Submitted,

       */s/ Hamish P.M. Hume* ___
       Hamish P.M. Hume
       *Attorney of Record*
       BOIES SCHILLER FLEXNER LLP
       *1401 New York Ave. NW*

*Washington, DC 20005*
*Tel: (202) 237-2727*
*Fax: (202) 237-6131*
*hhume@bsfllp.com*

OF COUNSEL:                    Samuel C. Kaplan
                               BOIES SCHILLER FLEXNER
                               LLP
                               *1401 New York Ave. NW*
                               *Washington, DC 20005*
                               *Tel: (202) 237-2727*
                               *Fax: (202) 237-6131*
                               *skaplan@bsfllp.com*

                               *Eric L. Zager*
                               KESSLER TOPAZ MELTZER &
                               CHECK LLP
                               *280 King of Prussia Rd.*
                               *Radnor, PA 19087*
                               *Tel: (610) 667-7706*
                               *Fax: (610) 667-7056*
                               *ezagar@ktmc.com*

                               *Interim Co-Lead Class*
                               *Counsel*