NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WAZEE STREET OPPORTUNITIES FUND IV LP, DOUGLAS WHITLEY, LISA A. BROWN, On Behalf of Themselves and All Others Similarly Situated, WAZEE STREET OPPORTUNITIES FUND V LP,**
*Plaintiffs-Appellants*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2024-1378

---

Appeal from the United States Court of Federal Claims in No. 1:18-cv-01124-MMS, Senior Judge Margaret M. Sweeney.

---

### O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    WAZEE STREET OPPORTUNITIES FUND IV LP v. US

(2) Each side shall bear their own costs.

              FOR THE COURT

<u>May 28, 2024</u>
  Date            Jarrett B. Perlow
                Clerk of Court

**ISSUED AS A MANDATE:** May 28, 2024